UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO MEJIA, | ) NO. CV 12-10781-VBF (MAN) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| DANIEL PARAMO - WARDEN (RJDCF), | ) |
| Respondent. | ) |

Pursuant to the Court's Order Dismissing Petition As Second Or Successive And Denying A Certificate Of Appealability,

IT IS ADJUDGED that the above-captioned action is dismissed, without prejudice, as second or successive, pursuant to 28 U.S.C. § 2244(b).

DATED: 1/2/2013

VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE